**Roy T. CRANMER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44713.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).